Civil Action No.   6:24-CV-00556

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ethicon US, LLC**
was recieved by me on   **10/23/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System, Inc.**, who is designated by law to accept service of process on behalf of **Ethicon US, LLC** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **10/29/2024 at 10:12 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 24.45** for services, for a total of **$ 24.45**.

I declare under penalty of perjury that this information is true.

Date:   10/29/2024

*Server's signature*

**Bilikis Afolabi**
*Printed name and title*

**1804 Pelham Drive
Aubrey, TX 76227**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to CT Corporation System, Inc., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 5'4"-5'6" tall and weighing 180-200 lbs with an accent.**

**Received by William Miller**




Tracking #: **0147287900**